IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
OMAHR GREGORY,,                  )
                                 )
    Petitioner,                  )
                                 )
                                 )       CIVIL ACTION NO.
    v.                           )         2:08cv267-MHT
                                 )
J.C. GILES, et al.,              )
                                 )
    Respondents.                 )
```

ORDER

After an independent and de novo review of the file, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Petitioner's objections (doc. no. 4) are overruled.

   (2) The recommendation of the United States Magistrate Judge (doc. no. 3) is adopted.

   (3) This case is transferred to the United States District Court for the Northern District of Alabama.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 29th day of April, 2008.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**